Joseph H. Harrington
United States Attorney
Eastern District of Washington
Vanessa R. Waldref
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOUTH HILL MARKET, a Washington entity; GEDION TEKLEMARIAM TESFA, an individual; and OGBAI GEBREMICHAEL TESFU, an individual,<br><br>                Plaintiffs,<br>v.<br><br>UNITED STATES; and U.S. DEPARTMENT OF AGRICULTURE (USDA),<br><br>                Defendants. | Case No. 2:19-cv-00073-SMJ<br><br>DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT |

The United States and U.S. Department of Agriculture ("Defendants"), by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Vanessa R. Waldref, Assistant United States Attorney, answer South Hill Market, Gedion Teklemariam Tesfa, and Ogbai Gebremichael Tesfu's ("Plaintiffs'") Complaint (ECF No. 1) in the above-captioned action. The headings are included only for convenience and are not part of Defendant's Answer; to the extent that the headings in the Complaint make substantive allegations, Defendant denies the allegations.

DEFENDANTS' ANSWER TO COMPLAINT - 1

## I.  PARTIES, JURISDICTION AND VENUE

1.1   Defendants lack information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 1.1 and, on that basis, deny them.

1.2   Defendants admit the allegations in Paragraph 1.2.

1.3   The allegations in Paragraph 1.3 purport to characterize and/or describe 7 U.S.C. § 2023 and 7 C.F.R. § 279.7, which speak for themselves and are the best evidence of their content.

1.4   The allegation in Paragraph 1.4 is a legal conclusion, which requires no response.

1.5   The allegation in Paragraph 1.5 is a legal conclusion, which requires no response.  To the extent that a response is required, Defendants lack information or knowledge sufficient to provide a response.

## II.  FACTS

2.1   Defendants lack information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 2.1 and, on that basis, deny them.

2.2   Defendants admit the allegations in Paragraph 2.2.

2.3   Defendants admit that USDA's Food and Nutrition Service ("FNS") sent a letter to Plaintiffs on May 15, 2018.  The remaining allegations in Paragraph 2.3 purport to characterize and/or describe the letter, which speaks for itself and is the best evidence of its content.

2.4   The allegations in Paragraph 2.4 purport to characterize and/or describe

DEFENDANTS' ANSWER TO COMPLAINT - 2

the charging letter, which speaks for itself and is the best evidence of its content.

2.5     Defendants deny the allegations in Paragraph 2.5.

2.6     Defendants deny the allegations in Paragraph 2.6.

2.7     The allegations in Paragraph 2.7 purport to characterize and/or describe 7 C.F.R. § 278.2(h), which speaks for itself and is the best evidence of its content.

2.8     The allegations in Paragraph 2.8 purport to characterize and/or describe 7 C.F.R. § 274.7(c), which speaks for itself and is the best evidence of its content.

2.9     The allegations in Paragraph 2.9 purport to characterize and/or describe 7 C.F.R. § 274.7(f), which speaks for itself and is the best evidence of its content.

2.10    The allegations in Paragraph 2.10 purport to characterize and/or describe 7 C.F.R. § 274.7(g)(4), which speaks for itself and is the best evidence of its content.

2.11    With respect to the allegations in Paragraph 2.11, Defendants admit that Plaintiffs' accountant submitted a letter to FNS dated May 25, 2018. The remaining allegations purport to characterize and/or describe the letter, which speaks for itself and is the best evidence of its content.

2.12    With respect to the allegations in Paragraph 2.12, Defendants admit that FNS issued a determination letter dated August 31, 2018, and that this letter permanently disqualified Plaintiffs from the Supplemental Nutrition Assistance Program ("SNAP"). Defendants deny the remaining allegations in Paragraph 2.12.

2.13    With respect to the allegations in Paragraph 2.13, Defendants admit that Plaintiffs' accountant sent a letter to FNS requesting administrative review of FNS's

decision to permanently disqualify Plaintiffs as an authorized SNAP retailer and that this letter was postmarked September 11, 2018. Defendants admit the allegations in the second sentence of Paragraph 2.13.

    2.14   Defendants admit the allegations in Paragraph 2.14.

    2.15   Defendants deny the allegations in Paragraph 2.15.

    2.16   Defendants admit the allegations in Paragraph 2.16.

### III.   CAUSES OF ACTION

    3.1   Defendants restate and incorporate by reference their responses to all preceding paragraphs.

    3.2   The allegations in Paragraph 3.2 purport to characterize and/or describe 7 U.S.C. § 2023 and 7 C.F.R. § 279.7, which speak for themselves and are the best evidence of their content.

    3.3   Defendants deny the allegations in Paragraph 3.3.

    3.4   Defendants deny the allegations in Paragraph 3.4.

### IV.   PRAYER FOR RELIEF

The remaining allegations (A. through C.) contain Plaintiffs' request for relief and therefore do not require a response. To the extent a response is required, the United States denies that Plaintiffs are entitled to any of the relief they seek.

**General Denial**

Defendants deny any allegations of Plaintiffs' complaint, whether express or implied, not specifically admitted, denied or qualified herein.

DEFENDANTS' ANSWER TO COMPLAINT - 4

**<u>Affirmative and Other Defenses</u>**

1. Plaintiffs' Complaint fails to state a claim for relief upon which relief may be granted.

2. The court lacks subject-matter jurisdiction over claims against USDA.

Defendants reserve the right to plead all other affirmative defenses, or any applicable state or federal statutes, which, through discovery, they learn may apply to this case.

WHEREFORE, having answered Plaintiffs' complaint, Defendants respectfully request that this Court:

a. Dismiss Plaintiffs' complaint with prejudice;

b. Enter judgment against Plaintiffs and for Defendants;

c. Award Defendants their costs in this action, and

d. Provide Defendants such other relief as this Court deems just and equitable.

RESPECTFULLY SUBMITTED:   May 14, 2019.

    Joseph H. Harrington
    United States Attorney

    s/*Vanessa R. Waldref*
    Vanessa R. Waldref
    Assistant United States Attorney
    Attorney for Defendant United States

### CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Seth Rosenberg | seth@seattlelitigation.net |
| Jimmy Garg | jimmy@seattlelitigation.net |

And to the following non CM/ECF participants:    N/A

*s/ Vanessa R. Waldref*
Assistant United States Attorney

DEFENDANTS' ANSWER TO COMPLAINT - 6