The Honorable Salvador Mendoza Jr.

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| SOUTH HILL MARKET, a Washington entity; GEDION TEKLEMARIAM TESFA, an individual; and OGBAI GEBREMICHAEL TESFU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES and U.S. DEPARTMENT OF AGRICULTURE (USDA),<br><br>Defendant(s). | Case No. 2:19-cv-00073-SMJ<br><br>NOTICE OF UNAVAILABILTY |

PLEASE TAKE NOTICE that counsel for Plaintiff will be unavailable from December 23, 2019 through January 15, 2019. During the aforementioned absence, the undersigned shall not be available for personal contact and/or for court appearance.

//

//

//

//

//

NOTICE OF UNAVAILABILITY – 1

SEATTLE LITIGATION GROUP, PLLC
500 Union Street, Suite 510
Seattle, Washington 98101
T. (206) 407-3300 | F. (206) 407-3097

1   It is requested that no motions or hearings be set during this period, and that a minimum

2   of one week be allowed to respond or reply to any matters following the undersigned's return.

3   DATED this 7th day of October, 2019

**SEATTLE LITIGATION GROUP, PLLC**

<u>/s/ Jimmy Garg</u>
Jimmy Garg, WSBA No. 49049
500 Union Street, Suite 510
Seattle, WA 98101
Tele: (206) 407-3300
Email: jimmy@seattlelitigation.net

NOTICE OF UNAVAILABILITY – 2

SEATTLE LITIGATION GROUP, PLLC
500 Union Street, Suite 510
Seattle, Washington 98101
T. (206) 407-3300 | F. (206) 407-3097

# CERTIFICATE OF SERVICE

I certify under penalty of perjury of the laws of the State of Washington that on the date stated below, I caused the foregoing *NOTICE OF UNAVAILABILITY* to be served on the following parties:

| Party | Method |
|---|---|
| **Joseph H. Harrington, US Attorney**<br>**Vanessa R. Waldref, Asst. US Attorney**<br>**Rudolf J. Verschoor, Asst. US Attorney**<br>U.S. Department of Agriculture<br>1400 Independence Ave., S.W.<br>Washington, DC 20250<br>*Attorney for Defendant* | ☐ Via Legal Messenger<br>☐ Via Facsimile<br>☐ Via Electronic Mail<br>☒ Via U.S. Mail<br>☒ Via Electronic Filing/Eservice<br>☐ Via Hand-Delivery |
| **Joseph H. Harrington, US Attorney**<br>**Vanessa R. Waldref, Asst. US Attorney**<br>**Rudolf J. Verschoor, Asst. US Attorney**<br>United States of America<br>920 W Riverside Ave, Suite 340<br>Spokane, WA 99201<br>*Attorney for Defendant* | ☐ Via Legal Messenger<br>☐ Via Facsimile<br>☐ Via Electronic Mail<br>☒ Via U.S. Mail<br>☒ Via Electronic Filing/Eservice<br>☐ Via Hand-Delivery |

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

DATED this 7th day of October 2019.

**SEATTLE LITIGATION GROUP, PLLC**

*/s/ Sean Stevens*
Paralegal

---

CERTIFICATE OF SERVICE – 1

SEATTLE LITIGATION GROUP, PLLC
500 Union Street, Suite 510
Seattle, Washington 98101
T. (206) 407-3300 | F. (206) 407-3097