*Seattle Litigation Group, PLLC*  **Honorable Salvador Mendoza, Jr.**
Jimmy Garg, WSBA No. 49049
500 Union Street, Suite 510
Seattle, WA 98101
Phone: (206) 407-3300

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| SOUTH HILL MARKET, a Washington entity; GEDION TEKLEMARIAM TESFA, an individual and OGBAI GEBREMICHAEL TESFU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and U.S. DEPARTMENT OF AGRICULTURE (USDA),<br><br>Defendants. | No. 2:19-cv-00073-SMJ<br><br>**PLAINTIFFS' MOTION TO STRIKE REPLY OR FOR LEAVE TO FILE SURREPLY**<br><br>Hearing Date: **07/08/2020, 6:30pm**<br>**WITHOUT ORAL ARGUMENT** |

The Plaintiffs in the above-captioned case, through counsel, respectfully move to strike Defendant's Reply Memorandum or for leave to submit a Surreply in response to new arguments and factual claims made by Defendants in Defendants' Reply Memorandum in Support of Summary Judgment of June 26, 2020. ("Defs.' Reply"). These arguments and claims did not appear in the Defendants' previous brief, and thus Plaintiffs have not had an opportunity to respond.

Plaintiff moves to strike Defendant's reply brief in as much as it raises issues not included in the motion. Issues and argument raised for the first time in a reply brief are untimely and

1  waived. <u>Ives. V. Ramsden</u>, 142 Wn. App. 369, 397, 174 P.3d 1231 (2008). Similarly, declarations

2  filed with a Reply brief are untimely. <u>Time Oil Co. v. Cigna Property & Cas. Ins. Co.</u>, 743 F.Supp.

3  1400 (BNA) 1985 (W.D. Wash. 1990); <u>Wood v. Santa Barbara Chamber of Commerce, Inc.</u>, 705

4  F.2d 1515 (9th Cir 1983). Here, Defendant asserts new arguments in their reply brief, together

5  with a declaration and exhibits, that must be considered untimely.

6      A surreply, or sur-reply, is an additional reply to a motion filed after the motion has

7  already been fully briefed. The Local Rules provide for a motion, an opposition, and a reply.

8  Neither the Local Rules nor the Federal Rules provide the right to file a surreply. A district court

9  may allow a surreply to be filed, "where a valid reason for such additional briefing exists, such

10  as where the movant raises new arguments in its reply brief." <u>Hill v. England</u>, 2005 WL 3031136,

11  *1 (E.D.Cal. Nov. 8, 2005).  "If the court were to deny plaintiffs leave to file the surreply,

12  plaintiffs would be unable to contest matters presented to the court for the first time in the form

13  of Davis' declaration." <u>Alexander v. F.B.I.</u>, 186 F.R.D. 71, 74 (D.D.C. 1998).

14      In the present case, Defendant presents a different argument in its reply brief than what it

15  presented in its motion. Defendant uses and attaches new portions of transcripts to make this

16  argument.  Defendant also submitted declarations and exhibits with the reply brief.  Incidentally,

17  the new Declaration submitted by the Defendant brings into question some pictures that were

18  submitted by USDA's contractor, Mr. Webber.  However, the declaration is from a different

19  employee, Ms. Rivas, and not Mr. Webber. Ms. Rivas is attempting to testify to what Mr. Webber

20  did or did not do during his store visits.  Information provided in the Declaration by Ms. Rivas

21  should be considered hearsay at best and disregarded.  Additionally, the new transcript testimony

22  is being used to argue that Plaintiff had no explanation for the suspicious transactions, which is

23

24

PLAINTIFF'S MOTION TO STRIKE  
REPLY OR FOR LEAVE TO FILE  
SURREPLY - 2

Seattle Litigation Group  
500 Union Street, Ste 510  
Seattle, WA 98101  
P: 206-407-3300

1  also not accurate according to the record before this Court.  That material should be stricken. In
2  the alternative, Plaintiff should be allowed to brief Defendant's new allegations.
3      Counsel for both parties have conferred on this matter; counsel for the Defendants opposes
4  this motion.
5      DATED this 29th day of June, 2020.

        **SEATTLE LITIGATION GROUP, PLLC**

        */s/ Jimmy Garg*
        Jimmy Garg, WSBA #49049
        500 Union Street, Ste 510
        Seattle, WA 98101
        Ph. (206) 407-3300 Fax (206) 407-3097
        Email: jimmy@seattlelitigation.com
        *Attorney for Plaintiffs*

PLAINTIFF'S MOTION TO STRIKE
REPLY OR FOR LEAVE TO FILE
SURREPLY - 3

Seattle Litigation Group
500 Union Street, Ste 510
Seattle, WA 98101
P: 206-407-3300

## CERTIFICATE OF SERVICE

I certify under penalty of perjury of the laws of the United States of America and the State of Washington that on the date stated below, I caused the foregoing *MOTION TO STRIKE REPLY OR FOR LEAVE TO FILE SURREPLY, DECLARATION OF JIMMY GARG IN SUPPORT OF MOTION, and PROPOSED ORDER* to be served on the following parties:

| **William D. Hyslop, US Attorney**<br>**Derek T. Taylor, Asst. US Attorney**<br>U.S. Department of Agriculture<br>PO Box 1494<br>Spokane, WA 99210-1494<br>Email: derek.taylor@usdoj.gov<br>*Attorney for Defendants* | ☐ Via Legal Messenger<br>☐ Via Facsimile<br>☒ Via Electronic Mail<br>☐ Via U.S. Mail/Commercial Post<br>☒ Via Electronic Filing/Eservice<br>☐ Via Hand-Delivery |
|---|---|

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

DATED this 29th day of June 2020.

**SEATTLE LITIGATION GROUP, PLLC**

*/s/ Sean Stevens*
Sean Stevens
Paralegal