William D. Hyslop
United States Attorney
DEREK TAYLOR
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SOUTH HILL MARKET, a Washington entity; GEDION TEKLEMARIAM TESFA, an individual and OGBAI GEBREMICHAEL TESFU, an individual,

Plaintiffs,

vs.

UNITED STATES; and U.S. DEPARTMENT OF AGRICULTURE (USDA),

Defendants.

No. 2:19-cv-00073-SMJ

UNITED STATES' WITNESS LIST

Defendant United States of America, by and through its counsel of record, William D. Hyslop, United States Attorney for the Eastern District of Washington, and the undersigned Assistant United States Attorney, pursuant to the Court's Scheduling Order (ECF No. 19), hereby submits its list of witnesses to be used at trial in the above-captioned case.

1. Gedion Teklemariam Tesfa. 817 S. Perry Street, Spokane, WA. Mr. Tesfa is a named plaintiff and owner of South Hill Market. Mr. Tesfa will testify regarding South Hill Market's operations and procedures since acquiring the business in 2015. In addition, Mr. Tesfa appointed accountant Vicki Parker as South Hill Market's authorized representative in early communications with the United States Department of Agriculture and Food and Nutrition Services (FNS).

2. Vicki Parker. Padgett Business Services, 222 W. Mission Ste. 230, Spokane, WA. Ms. Parker is South Hill Market's accountant and authorized

UNITED STATES' WITNESS LIST - 1

representative. She will testify to her role as accountant and communications with South Hill Market, FNS, and documents supplied to FNS on South Hill Markets behalf.

3. Elizabeth Rivas. Los Angeles, California. Ms. Rivas is a Program Specialist in the Investigations Analysis Branch with the United States Department of Agriculture, FNS. She is expected to testify regarding her role and responsibility in that position, as well as her involvement in the South Hill Market case.

4. Richard Webber. 10610 North Iroquois Drive, Spokane, WA. Mr. Webber was a contractor for INS, a subcontractor of the United States Department of Agriculture, FNS. He will testify about his role in that position as well as his May 15, 2018 site visit to South Hill Market.

Defendant reserves the right to amend this list based upon Plaintiff's submission of Plaintiff's witness list.

RESPECTFULLY SUBMITTED: July 2, 2020.

William D. Hyslop
United States Attorney

s/Derek T. Taylor
DEREK T. TAYLOR
Assistant United States Attorney
Attorneys for Defendant United States

# *CERTIFICATE OF SERVICE*

I hereby certify that on July 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Seth Rosenberg            seth@seattlelitigation.net
Jimmy Garg              jimmy@seattlelitigation.net

And to the following non CM/ECF participants:     N/A

*s/Derek T. Taylor*
Assistant United States Attorney