William D. Hyslop
United States Attorney
DEREK TAYLOR
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOUTH HILL MARKET, a Washington entity; GEDION TEKLEMARIAM TESFA, an individual and OGBAI GEBREMICHAEL TESFU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES; and U.S. DEPARTMENT OF AGRICULTURE (USDA),<br><br>Defendants. | No. 2:19-cv-00073-SMJ<br><br>UNITED STATES EXHIBIT LIST |

Defendant United States of America, by and through its counsel of record, William D. Hyslop, United States Attorney for the Eastern District of Washington, and the undersigned Assistant United States Attorney, pursuant to the Court's Scheduling Order (ECF No. 19), hereby submits its list of exhibits to be used at trial in the above-captioned case.

Case Number: 2:19-cv-00073-SMJ

| PRESIDING JUDGE<br><br>Judge Salvador Mendoza, Jr. | | | PLAINTIFF'S ATTORNEY:<br><br>Jimmy Garg | DEFENDANT'S ATTORNEY:<br><br>Derek T. Taylor |
|---|---|---|---|---|
| TRIAL DATE(S)<br><br>September 8, 2020 (Spokane) | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF NO. | DEF NO. | DATE OFFERED | MARKED        ADMITTED | DESCRIPTION OF EXHIBITS |
|  | 500 |  |  | STARS 252 Retailer Information for South Hill Market. (AR 1 – AR 12) |

UNITED STATES' EXHIBIT LIST - 1

| | # | | | | Description |
|---|---|---|---|---|---|
| 1 | 501 | | | | 02/04/2015 - South Hill Market SNAP Application. (AR 13 – AR 17) |
| 2 | 502 | | | | 05/13/2015 – SNAP South Hill Market store visit and review. (AR 18 – AR 37) |
| 3 | 503 | | | | 06/24/20016 – SNAP store visit and review to Spokane, WA store selling Middle Eastern/African specialty items and bulk foods near South Hill Market. (AR 38 – AR 49) |
| 5 | 504 | | | | 04/15/2018 – SNAP South Hill Market store visit and review. (AR 50 – AR 67) |
| 6 | 505 | | | | 05/08/2018 – ALERT Case Analysis for South Hill Market. (AR 68 – AR 87) |
| 7 | 506 | | | | 05/18/2018 – Charge Letter to South Hill Market. (AR 88 – AR 98) |
| 8 | 507 | | | | 05/22/18 – Gedion Tesfa authorization for Vicki Parker. (AR 99) |
| 9 | 508 | | | | 05/25/18 – South Hill Market Response letter. (AR 100) |
| 10 | 509 | | | | 08/31/2018 – USDA letter to Mr. Tesfa and Mr. Tesfu. (AR 101 – AR 102) |
| 11 | 510 | | | | Supplier Invoices and Photographs submitted by South Hill Market in response to Charge Letter. (AR 103 – AR 780) |
| 12 | 511 | | | | 05/30/2018 – Letter from USDA to Ms. Vicki Parker re extension of time to respond. (AR 781- AR 782) |
| 14 | 512 | | | | 08/03/2018 – Email from Vicki Parker to Elizabeth Rivas. (AR 783) |
| 15 | 513 | | | | Retailer Reply and Case Sanction Recommendation. (AR 784 – AR 797) |
| 16 | 514 | | | | 08/31/2018 – USDA letter to South Hill Market and Vicki Parker. (AR 798 – AR 801) |
| 17 | 515 | | | | 09/10/2018 – Vicki Parker letter to USDA re reconsideration. (AR 802 – AR 803) |
| 18 | 516 | | | | 09/24/2018 – USDA letter to South Hill Market. (AR 804 – AR 805) |
| 19 | 517 | | | | 10/15/2018 – FOIA request from Rosenberg Law Group. (AR 806 – AR 809) |
| 20 | 518 | | | | 12/11/2018 – USDA response to FOIA request. (AR 810 – AR 817) |
| 21 | 519 | | | | 01/18/2019 – Seattle Litigation Group letter to USDA with attached May 15, 2018 Charge Letter. (AR 818 – AR 830) |
| 23 | 520 | | | | 01/18/2019 – Seattle Litigation Group letter to USDA with attached letters from USDA. (AR 831 – AR 844) |
| 24 | 521 | | | | 01/31/2019 – Final Agency Decision. (AR 845 – AR 858) |

Defendant reserves the right to add additional exhibits and reserves the right to use any of the exhibits identified by Plaintiff.

UNITED STATES' EXHIBIT LIST - 2

RESPECTFULLY SUBMITTED: July 2, 2020.

William D. Hyslop
United States Attorney

s/Derek T. Taylor
DEREK T. TAYLOR
Assistant United States Attorney
Attorneys for Defendant United States

UNITED STATES' EXHIBIT LIST - 3

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Seth Rosenberg          seth@seattlelitigation.net
Jimmy Garg          jimmy@seattlelitigation.net

And to the following non CM/ECF participants: N/A

*s/Derek T. Taylor*
Assistant United States Attorney

UNITED STATES' EXHIBIT LIST - 4