*Seattle Litigation Group, PLLC*
Jimmy Garg, WSBA No. 49049
500 Union Street, Suite 510
Seattle, WA 98101
Phone: (206) 407-3300

Honorable Salvador Mendoza, Jr.

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| SOUTH HILL MARKET, a Washington entity; GEDION TEKLEMARIAM TESFA, an individual and OGBAI GEBREMICHAEL TESFU, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; and U.S. DEPARTMENT OF AGRICULTURE (USDA), <br><br> Defendants. | No. 2:19-cv-00073-SMJ <br><br> **PLAINTIFF'S WITNESS AND EXHIBIT DISCLOSURES** |

COMES NOW Plaintiffs, South Hill Market, Gedion Teklemariam Tesfa, and Ogbai Gebremichael Tesfu, by and through their attorneys of record, Jimmy Garg of Seattle Litigation Group, PLLC, and make their pretrial witness and exhibit disclosures pursuant to FRCP 26(a)(3) and the scheduling order issued in this matter on August 2, 2019 as follows:

### I. WITNESSES

A. <u>Witnesses Plaintiffs Expect to Testify at Trial</u>

1. Alamein Mohamed
   13307 E 25th Ave
   Spokane Valley, WA 99216
   (509) 919-7108

PLAINTIFFS' WITNESS AND
EXHIBIT DISCLOSURES - 1

Seattle Litigation Group
500 Union Street, Ste 510
Seattle, WA 98101
P: 206-407-3300

Mr. Mohamed is a current or former employee of South Hill Market and is expected to testify to the sale of EBT eligible items, and other store policies regarding SNAP benefits. No known time conflicts.

2. Robel Yohannes
857 E Lyons Avenue, Unit 25
Spokane, WA 99208
(509) 832-5473

Mr. Yohannes is a current or former employee of South Hill Market and is expected to testify to the sale of EBT eligible items, and other store policies regarding SNAP benefits. No known time conflicts.

3. Pal Boles
207 E Empire Avenue
Spokane, WA 99208
(509) 768-0847

Mr. Boles is a current or former employee of South Hill Market and is expected to testify to the sale of EBT eligible items, and other store policies regarding SNAP benefits. No known time conflicts.

4. Jon Dorthy
2825 Leialoha Place
Haiku, HI
(509) 270-9619

Mr. Dorthy is a current or former employee of South Hill Market and is expected to testify to the sale of EBT eligible items, and other store policies regarding SNAP benefits. No known time conflicts.

5. Simon Tesfu
1691 SW Mulberry Place
Oak Harbor, WA 98277
(206) 504-8629

PLAINTIFFS' WITNESS AND
EXHIBIT DISCLOSURES - 2

Seattle Litigation Group
500 Union Street, Ste 510
Seattle, WA 98101
P: 206-407-3300

Mr. Tesfu is a current or former employee of South Hill Market and is expected to testify to the sale of EBT eligible items, and other store policies regarding SNAP benefits. No known time conflicts.

6. Gedion Tesfa
    13307 E 25th Ave
    Spokane Valley, WA 99216
    (509) 217-3701

Mr. Tesfa is the current owner of South Hill Market and is expected to testify to the sale of EBT eligible items, and other store policies regarding SNAP benefits. No known time conflicts.

7. Vicki Parker
    Padgett Business Services
    222 W Mission Ave, Suite 230
    Spokane, WA 99201
    (509) 327-5513

Ms. Parker is the bookkeeper for South Hill Market and is expected to testify to the sale of EBT eligible items, other store policies regarding SNAP benefits, and the general financial affairs of South Hill Market. No known time conflicts.

8. Abdu Abdullahi
    1407 E Hartson Ave, Apt 1
    Spokane, WA 99202
    (509) 227-9044

Mr. Abdullahi frequents South Hill Market and resides in the community around the store. He is expected to testify to the importance of South Hill Market to the local Ethiopian community in general, and as a store with EBT eligible items. No known time conflicts.

8. Dangachew Uma
    Habesha Community of Spokane
    17307 E Alki Ave
    Spokane Valley, WA 99016
    (509) 671-2720

PLAINTIFFS' WITNESS AND
EXHIBIT DISCLOSURES - 3

Seattle Litigation Group
500 Union Street, Ste 510
Seattle, WA 98101
P: 206-407-3300

Mr. Uma is President of the Habesha Community of Spokane and is expected to testify to the importance of South Hill Market to the local Ethiopian community in general, and as a store with EBT eligible items. No known time conflicts.

**Plaintiffs reserve the right to amend and/or supplement this Witness List.**

## II. EXHIBITS

A. <u>Exhibits Plaintiffs Expect to Offer</u>

1. May 15, 2018 USDA Charge Letter
2. August 31, 2018 USDA Determination Letter
3. USDA Trafficking Charge Determination Report
4. Affidavits from South Hill Market EBT Customers
5. Photos of South Hill Market Inventory
6. November 16, 2010 HistoryLink.org Article, "*Ethopian and Eritrean Communities in Seattle*"
7. June – September 2018 Receipts of EBT Transactions at South Hill Market
8. Invoices Billed to South Hill Market
9. June 2, 2014 Money.com Article, "*Your Grocery Store May Soon Be Cut in Half*"
10. South Hill Market Property Size Chart
11. April 9, 2020 Letter from Habesha Community of Spokane

B. <u>Exhibits Plaintiffs May Offer if the Need Arises</u>

12. January 18, 2019 Plaintiff's Request for Administrative Review
13. January 31, 2019 USDA Final Agency Decision

PLAINTIFFS' WITNESS AND
EXHIBIT DISCLOSURES - 4

Seattle Litigation Group
500 Union Street, Ste 510
Seattle, WA 98101
P: 206-407-3300

Plaintiffs reserve the right to supplement and/or amend this Witness and Exhibit List. In addition to the foregoing exhibits, Plaintiffs may utilize the exhibits Defendant has indicated they intend to offer at the time of trial. Plaintiffs may supplement this list as litigation continues.

DATED this 2nd day of July, 2020.

**SEATTLE LITIGATION GROUP, PLLC**

*/s/ Jimmy Garg*
Jimmy Garg, WSBA #49049
500 Union Street, Ste 510
Seattle, WA 98101
Ph. (206) 407-3300 Fax (206) 407-3097
Email: jimmy@seattlelitigation.com
*Attorney for Plaintiffs*

PLAINTIFFS' WITNESS AND
EXHIBIT DISCLOSURES - 5

Seattle Litigation Group
500 Union Street, Ste 510
Seattle, WA 98101
P: 206-407-3300

# CERTIFICATE OF SERVICE

I certify under penalty of perjury of the laws of the United States of America and the State of Washington that on the date stated below, I caused the foregoing *PLAINTIFFS' WITNESS AND EXHIBIT DISCLOSURES* to be served on the following parties:

| | |
|---|---|
| **William D. Hyslop, US Attorney**<br>**Derek T. Taylor, Asst. US Attorney**<br>U.S. Department of Agriculture<br>PO Box 1494<br>Spokane, WA 99210-1494<br>Email: derek.taylor@usdoj.gov<br>*Attorney for Defendants* | ☐ Via Legal Messenger<br>☐ Via Facsimile<br>☒ Via Electronic Mail<br>☐ Via U.S. Mail/Commercial Post<br>☒ Via Electronic Filing/Eservice<br>☐ Via Hand-Delivery |

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

DATED this 2nd day of July 2020.

**SEATTLE LITIGATION GROUP, PLLC**

*/s/ Sean Stevens*
Sean Stevens
Paralegal

PLAINTIFFS' WITNESS AND
EXHIBIT DISCLOSURES - 6

Seattle Litigation Group
500 Union Street, Ste 510
Seattle, WA 98101
P: 206-407-3300